UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Safah Nofal

                Plaintiff,

                -against-

Federal Express Corporation
d/b/a "FedEx Home Delivery"
d/b/a " FedEx Ground"

                Defendant
_____x

05 Civ. 8086 (PKC)

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/05

        The Court having been advised that the plaintiff is discontinuing the action without

prejudice, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed.

                    **P. Kevin Castel**
                **United States District Judge**

Dated: New York, New York
       October 26, 2005